IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02496-WYD-MJW

JENNIFER VANDRESAR,

Plaintiff(s),

v.

METRO COLLECTION SERVICE, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Vacate Scheduling Conference (Docket No. 9) is DENIED.  Counsel shall forthwith file their proposed Scheduling Order.

Date: November 14, 2013