IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02496-WYD-MJW

JENNIFER VANDRESAR,

      Plaintiff,

v.

METRO COLLECTION SERVICE, INC.,

      Defendant.

---

**ORDER**

---

      THIS MATTER is before the Court on the parties' Stipulation Of Dismissal [ECF No. 13], filed on November 15, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

      ORDERED that the parties' Stipulation Of Dismissal [ECF No. 13] is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

      DATED:  November 18, 2013.

                                BY THE COURT:

                                /s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior U.S. District Judge